**KENNETH A. RUSHTON (2827)**
**Attorney for Trustee**
**P.O. Box 212**
**Lehi, Utah 84043**
**Telephone: (801) 768-8416**

2009 NOV 18  PM 12: 37

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | **Chapter 7** |
| **FERNANDO GARCIA** | **Bankruptcy No. 08-27380** |
| Debtor. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1.  The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2.  The unclaimed funds are on deposit in JP Morgan Chase  Bank, Account # 312220641066.

3.  The amounts are as follows:

> POYD LLC its successors and assigns as          $4.25
> assignee of Citibank
> C/O Resurgent Capital Services
> P.O. Box 19008
> Greenville, SC 29602

4.  A check in the amount of $4.25, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _____ day of _Novembu_____, 2009.

_____
**KENNETH A. RUSHTON, Trustee**



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed

Funds to the parties listed below by depositing the same in the United States mail,

postage prepaid, this _17ᵗʰ_ day of _November_____, 2009.


**United States Trustee**
**Ken Garff Building**
**405 South Main Street**
**Suite 300**
**Salt Lake City, Utah 84111**

_[signature]_

2